1  LAURIE A. TRAKTMAN (SBN 165588)
2  email: lat@gslaw.org
   **GILBERT & SACKMAN**
3  **A Law Corporation**
4  3699 Wilshire Boulevard, Suite 1200
   Los Angeles, California 90010
5  Telephone: (323) 938-3000
   Facsimile: (323) 937-3139
6

JS-6

7  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 9 BOARD OF TRUSTEES OF SHEET METAL<br>10 WORKERS' PENSION PLAN OF<br>SOUTHERN CALIFORNIA, ARIZONA AND<br>11 NEVADA; BOARD OF TRUSTEES OF THE<br>SHEET METAL WORKERS' HEALTH<br>12 PLAN OF SOUTHERN CALIFORNIA,<br>ARIZONA AND NEVADA; BOARD OF<br>13 TRUSTEES OF SHEET METAL WORKERS'<br>LOCAL 88 SECTION 401(k) PLAN; BOARD<br>14 OF TRUSTEES OF SOUTHERN NEVADA<br>AIR CONDITIONING & SHEET METAL<br>15 CONTRACTORS' ASSOCIATION, INC.;<br>BOARD OF TRUSTEES OF SHEET METAL<br>16 WORKERS' LOCAL 88 RETIREE HEALTH<br>PLAN; BOARD OF TRUSTEES OF LOCAL<br>17 88 INDUSTRY STABILIZATION<br>PROGRAM; and BOARD OF TRUSTEES OF<br>18 LOCAL 88 APPRENTICE TRAINING AND<br>JOURNEYMAN EDUCATIONAL FUND,<br>19 SHEET METAL WORKERS NATIONAL<br>PENSION FUND, SHEET METAL<br>20 WORKERS INTERNATIONAL TRAINING<br>INSTITUTE; SHEET METAL<br>21 OCCUPATIONAL HEALTH INSTITUTE;<br>NATIONAL ENERGY MANAGEMENT<br>22 INSTITUTE<br>23<br>Plaintiffs<br>24 v.<br>25 HAMMOND SHEET METAL, INC.; GARY<br>THOMAS CLUTTS; and CYNTHIA EILEEN<br>26 CLUTTS, individuals<br>27 Defendants. | Case No.  CV13-8883 JL(GK)<br><br>ORDER ON STIPULATION FOR<br>JUDGMENT |

28

[PROPOSED] ORDER ON STIPULATION FOR JUDGMENT

1  Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of Sheet
2  Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension
3  Plan"); Board of Trustees of Sheet Metal Workers' Health Plan of Southern California,
4  Arizona and Nevada ("Health Plan"); Board of Trustees of Sheet Metal Workers' Local
5  88 Section 401(k) Plan ("401(k) Plan"); Board of Trustees of Southern Nevada Air
6  Conditioning & Sheet Metal Contractors' Association, Inc. ("Dues Fund"); Board of
7  Trustees of Sheet Metal Workers' Local 88 Retiree Health Plan ("Retiree Fund"); Board
8  of Trustees of Local 88 Industry Stabilization Program ("Industry Fund"); and Board of
9  Trustees of Local 88 Apprentice Training and Journeyman Educational Fund ("JATC");
10 Sheet Metal Workers National Pension Fund; Sheet Metal Workers National Pension
11 Fund ('NPF"); Sheet Metal Workers International Training Institute ("ITI"); Sheet Metal
12 Workers National Industry Fund ("National Industry Fund"); Sheet Metal Occupational
13 Health Institute ("SMOHI"); National Energy Management Institute ("NEMI")
14 (collectively the "Plans" or the "Trust Funds"), and HAMMOND SHEET METAL, INC.
15 ("Company") and  individuals GARY THOMAS CLUTTS and CYNTHIA EILEEN
16 CLUTTS ( "Individual Defendants") the Court has considered the matter fully and
17 concluded that good cause exists to approve the parties' Stipulation in its entirety.

18 Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as
19 follows:

20 1.  The Company and Individual Defendants are indebted to the Plans in the
21 total amount of $21,700.83.

22 2.   Judgment is entered in favor of the Plans and against the Company and
23 Individual Defendants, jointly and severally, in the amount of $21,700.83 in delinquent
24 employee benefit plan contributions, liquidated damages, interest, attorney fees and costs,
25 together with post-judgment interest thereon at the rate of 12% per annum as of the date
26 of the Judgment.

27 3.  This Court retains jurisdiction over this matter through July 6, 2014 to
28 enforce the terms of any judgment entered hereunder, to order appropriate injunctive and

1

[PROPOSED] ORDER ON STIPULATION FOR JUDGMENT

1  equitable relief, to make appropriate orders of contempt, and to increase the amount of

2  judgment based upon additional sums owed to the Plans by defendants.

3

4  **IT IS SO ORDERED.**

5

6  Dated: __Dec. 30, 2013__                    _____

7                                              U.S. DISTRICT COURT JUDGE
                                               For Judge Manuel L. Real

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER ON STIPULATION FOR JUDGMENT